✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SAMUEL JAMES FOX, III,

**SUMMONS IN A CIVIL CASE**

    Plaintiff,

CASE NUMBER:

    v.                                     0 7 – 4 8 8

TOWN OF SMYRNA, DAVID S. HUGG,
III, individually and in his official capacity
as Town Manager of the Town of Smyrna,
and VALERIE HERITAGE, individually
and in her official capacity as Administrative
Clerk of the Town of Smyrna,

            Defendants.

    To:    Town of Smyrna
           *By serving Town Manager David Hugg, III*
           27 South Market Street Plaza
           Smyrna, DE 19977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

           William D. Fletcher, Jr.
           Bar ID #362
           Schmittinger & Rodriguez, P.A.
           414 S. State Street
           P.O. Box 497
           Dover, DE 19903-0497

an answer to the complaint which is served on you with this summons, with ___20___ days after service of this
summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed
with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          AUG 0 7 2007

_____      _____
CLERK                                   DATE

Evette Watson

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *8/9/07* |
| NAME OF SERVER *(PRINT)* *Harold K. Brode* | TITLE *Investigator* *Schmittinger & Rodriguez* *Law Firm - Dover, Del* |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served:

*27 S. Market St Plaza    Smyrna, Del 19977*

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

Returned unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: *8/9/07*
                Date

Signature of Server *Harold K. Brode*

Address of Server *414 S. State Street*
*Dover, Del 19901*
*302/678-5443*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.