IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF SMYRNA, DAVID S. )<br>HUGG, III, individually and )<br>in his official capacity as )<br>Town Manager of the Town of )<br>Smyrna and VALERIE HERITAGE, )<br>individually and in her )<br>official capacity as )<br>Administrative Clerk of the )<br>Town of Smyrna, )<br>)<br>Defendants. ) | C.A. No. 07-488-GMS |

**ENTRY OF APPEARANCE**

   TO:   United States District Court
         844 N. King Street
         Lock Box 18
         Wilmington, DE 19801

   **PLEASE ENTER** the appearance of the undersigned attorney on behalf of all defendants.

                                        **AKIN & HERRON, P.A.**

                                        /s/ Bruce C. Herron
                                        Bruce C. Herron
                                        Attorney ID No.: 2315
                                        1500 Shallcross Avenue
                                        Suite 1-A
                                        Wilmington, Delaware 19806
                                        (302) 427-6987

Dated: August 21, 2007

H:\tmw5\data\files\Docs\3651.056\EOA\8403.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-488-GMS |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I **HEREBY CERTIFY** that on this 21st day of August, 2007, a copy of **DEFENDANTS' ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF and will be electronically served on plaintiff's attorney listed below:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

                                            **AKIN & HERRON, P.A.**

                                            /s/ Bruce C. Herron
                                            Bruce C. Herron
                                            Attorney ID No.: 2315
                                            1500 Shallcross Avenue
                                            Suite 1-A
                                            Wilmington, Delaware 19806
                                            (302) 427-6987

H:\tmw5\data\files\Docs\3651.056\NOS\8404.WPD