NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

October 26, 2007

The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

**VIA ELECTRONIC FILING**

RE:   Samuel James Fox, III v. Town of Smyrna, et al.
      C.A. No. 07-488 (GMS)

Dear Judge Sleet:

Pursuant to the telephone conference of October 23, 2007, enclosed please find a revised Scheduling Order that has been approved by the parties. This is being submitted for your approval. Thank you for your consideration in this matter.

Respectfully Submitted,

NOEL E. PRIMOS    By B. Brian Brittingham

NEP/ljo
Enclosure
cc: Bruce Herron, Esq. (w/ Encl.)