## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF SERVICE

to be served upon:

    Bruce C. Herron, Esq.
    Akin & Herron, P.A.
    1220 N. Market Street, Suite 300
    P.O. Box 25047
    Wilmington, DE 19899

by e-filing and mailing copies to the address shown above, postage prepaid on __10/29/07__.

 

                                              SCHMITTINGER & RODRIGUEZ, P.A.

                                              BY: _____
                                                    NOEL E. PRIMOS
                                                    Bar I.D. No. 362
                                                    414 S. State Street
                                                    P.O. Box 497
                                                    Dover, DE 19903-0497
                                                    (302) 674-0140
                                                    Attorneys for Plaintiff

DATED: 10/29/07
WDF/ljo