IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III,  * <br> * <br> Plaintiff,  * <br> * <br> v.  * <br> * <br> TOWN OF SMYRNA, DAVID S. HUGG, * <br> III, individually and in his official capacity * <br> as Town Manager of the Town of Smyrna, * <br> and VALERIE HERITAGE, individually * <br> and in her official capacity as Administrative * <br> Clerk of the Town of Smyrna,  * <br> * <br> Defendants.  * | C.A. No. 07-488 (GMS) <br><br><br> **NOTICE OF SERVICE** |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO
FED. R. CIV. P. 26(a)(1)**

to be served upon:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on 10/29/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar I.D. No. 362
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

Dated: 10/29/07
WDF/ljo