IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-488-GMS |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REQUIRED INITIAL DISCLOSURES PURSUANT TO F.R.C.P 26 (a)(1)

1.(A) Name, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses.

**RESPONSE**: In addition to the named defendants, Jerilyn Dunn, 280 Deer Run Road, Townsend, DE 19734; Cathy Fox; and the following current employees of the Town of Smyrna; Janet Vinc, Gary Stulir, Gary Markow, John Bucalo, Dianne Eisenbrey and Ron Antonio.

2. (B) Copies of documents, data compilations and tangible things in possession of defendants that defendants may use to support their defenses.

1

**RESPONSE**: Copies of the following documents listed below are attached hereto:

1. Plaintiff's Application for Employment;

2. Personnel File;

3. 3/5/02 Memo to Assistant Town Manager from Mayor Schaefer;

4. 3/11/05 Letter from David Hugg to Jerilyn Dunn Regarding Termination;

5. 3/11/05 Meeting Notes;

6. 3/20/05 Affidavit of Gary Markow;

7. 3/27/05 Affidavit of Gary Stulir;

8. 6/05 e-mails Kathy/Alexis Fox;

9. 6/9/05 Memo to James Fox from David Hugg regarding Kim Cronin;

10. 6/13/05 Employee Warning Report Regarding Kim Cronin;

11. 6/21/05 Memo from Valerie Heritage to David Hugg;

12. 6/23/05 Memo from David Hugg regarding Personnel Matter;

13. 8/3/05 Memo from James Fox to David Hugg;

14. 8/19/05 Memo from David Hugg to James Fox;

15. 8/19/05 Memo from James Fox to David Hugg;

16. 11/1/05 Memo from James Fox to Personnel Committee;

17. 11/9/05 Memo from James Fox to Dave Hugg;

18. 12/5/05 Town Council Meeting Minutes;

19. 12/21/05 Memo from David Hugg to Council;

20. 1/4/06 Resignation Letter of James Fox;

    21. 1/17/06 Memo from David Hugg Regarding Duties and Organization of Planning and Building Departments;

    22. 1/30/06 Memo from Councilman Pressley to David Hugg;

    23. 4/7/06 Town Council Meeting Minutes; and

    24. 4/17/06 Personnel Committee Meeting Notes.

In addition, the Town of Smyrna Personnel Policy Handbook is in the possession of the undersigned attorney and is available to plaintiff's attorney for inspection and copying.

    3. (D) Insurance Agreement.

**RESPONSE**: The applicable insurance policy is attached hereto.

                                AKIN & HERRON, P.A.

                                */s/ Bruce C. Herron*
                                Bruce C. Herron
                                Attorney ID No.: 2315
                                1500 Shallcross Avenue
                                Suite 1-A
                                Wilmington, Delaware 19806
                                (302) 427-6987

Dated: October 30, 2007

H:\tmw5\data\files\Docs\3651.056\DISL\8641.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-488-GMS |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

<u>NOTICE OF SERVICE</u>

I hereby certify that on this 30th day of October, 2007, **DEFENDANTS' REQUIRED INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26 (a)(1)** was electronically filed with the Clerk of the Court using CM/ECF and will be electronically served on plaintiff's attorney listed below:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

            **AKIN & HERRON, P.A.**

            /s/ Bruce C. Herron
            Bruce C. Herron
            Attorney ID No.: 2315
            1500 Shallcross Avenue, Suite 1-A
            Wilmington, Delaware 19806
            302-427-6987

H:\tmw5\data\files\Docs\3651.056\NOS\8643.WPD