**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-488-GMS |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 6<u>th</u> day of November, 2007, a copy of **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF AND DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were mailed first class to the following party below:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

                                          **AKIN & HERRON, P.A.**

                                          <u>/s/ Bruce C. Herron</u>
                                          Bruce C. Herron
                                          Attorney I.D. No.: 2315
                                          1500 Shallcross Avenue, Suite 1-A
                                          Wilmington, Delaware 19806
                                          302-427-6987
                                          Attorney for Defendants

H:\tmw5\data\files\Docs\3651.056\NOS\9292.WPD