IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-488-GMS |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:  William D. Fletcher, Jr., Esquire
     Schmittinger & Rodriguez, P.A.
     414 South State Street
     P.O. Box 497
     Dover, DE 19903-0497

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Plaintiff Samuel James Fox, III at the law offices of Schmittinger & Rodriguez, P.A. located at 414 South State Street, Dover, DE 19901, on **Wednesday, January 9, 2008, at 1:00 p.m.**

                    **AKIN & HERRON, P.A.**

                    <u>/s/ Bruce C. Herron</u>
                    Bruce C. Herron
                    Attorney ID No.: 2315
                    1500 Shallcross Avenue, Suite 1-A
                    Wilmington, Delaware 19806
                    302-427-6987

Dated: November 12, 2007

cc:   Ambassador Legal

H:\tmw5\data\files\Docs\3651.056\NOD\9352.wpd

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL JAMES FOX, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-488-GMS |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 12th day of November, 2007, **DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF** was electronically filed with the Clerk of the Court using CM/ECF and will be electronically served on plaintiff's attorney listed below:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

        **AKIN & HERRON, P.A.**

        /s/ Bruce C. Herron
        Bruce C. Herron
        Attorney ID No.: 2315
        1500 Shallcross Avenue, Suite 1-A
        Wilmington, Delaware 19806
        302-427-6987

H:\tmw5\data\files\Docs\3651.056\NOS\9353.WPD