IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C.A. No. 07-488 (GMS) |
| v. | * | |
| | * | |
| TOWN OF SMYRNA, DAVID S. HUGG, | * | |
| III, individually and in his official capacity | * | |
| as Town Manager of the Town of Smyrna, | * | **NOTICE OF SERVICE** |
| and VALERIE HERITAGE, individually | * | |
| and in her official capacity as Administrative | * | |
| Clerk of the Town of Smyrna, | * | |
| | * | |
| Defendants. | * | |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT**
**AND**
**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT**

to be served upon:   Bruce C. Herron, Esq.
                       Akin & Herron, P.A.
                       1220 N. Market Street, Suite 300
                       P.O. Box 25047
                       Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on 11-28-07.

                                                     SCHMITTINGER & RODRIGUEZ, P.A.

                                                       BY: /s/ William D. Fletcher, Jr.
                                                       WILLIAM D. FLETCHER, JR.
                                                       Bar I.D. No. 362
                                                       414 South State Street
                                                       P.O. Box 497
Dated: 11/28/07                                     Dover, DE 19903-0497
WDF/ljo                                             (302) 674-0140
                                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF SERVICE

to be served upon:

    Bruce C. Herron, Esq.
    Akin & Herron, P.A.
    1220 N. Market Street, Suite 300
    P.O. Box 25047
    Wilmington, DE 19899

by e-filing and mailing copies to the address shown above, postage prepaid on 11/28/07.

                              SCHMITTINGER & RODRIGUEZ, P.A.

                              BY: /s/ William D. Fletcher, Jr.
                                  WILLIAM D. FLETCHER, JR.
                                  Bar I.D. No. 362
                                  414 S. State Street
                                  P.O. Box 497
                                  Dover, DE 19903-0497
                                  (302) 674-0140
                                  Attorneys for Plaintiff

DATED: 11/28/07
WDF/ljo