## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF SERVICE

to be served upon:

    Bruce C. Herron, Esq.
    Akin & Herron, P.A.
    1220 N. Market Street, Suite 300
    P.O. Box 25047
    Wilmington, DE 19899


by e-filing and mailing copies to the address shown above, postage prepaid on
__12/11/07__.

 

                          SCHMITTINGER & RODRIGUEZ, P.A.

                          BY: _/s/ William D. Fletcher, Jr._
                                WILLIAM D. FLETCHER, JR.
                                Bar I.D. No. 362
                                414 S. State Street
                                P.O. Box 497
                                Dover, DE 19903-0497
                                (302) 674-0140
                                Attorneys for Plaintiff

DATED: 12/11/07
WDF/ljo