## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF SERVICE

to be served upon:

> Bruce C. Herron, Esq.
> Akin & Herron, P.A.
> 1220 N. Market Street, Suite 300
> P.O. Box 25047
> Wilmington, DE 19899

by e-filing and mailing copies to the address shown above, postage prepaid on 12/11/07.

 

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: 12/11/07
WDF/ljo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna, and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, <br><br>　　　　Defendants. | C.A. No. 07-488 (GMS) <br><br><br>**NOTICE OF SERVICE** |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**
**AND**
**PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**
**AND**
**AFFIDAVIT OF SAMUEL JAMES FOX, III**

to be served upon:　Bruce C. Herron, Esq.
　　　　　　　　　　Akin & Herron, P.A.
　　　　　　　　　　1220 N. Market Street, Suite 300
　　　　　　　　　　P.O. Box 25047
　　　　　　　　　　Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on 12/11/07.

　　　　　　　　　　　　　　　SCHMITTINGER & RODRIGUEZ, P.A.

　　　　　　　　　　　　　　　BY: /s/ William D. Fletcher, Jr.
　　　　　　　　　　　　　　　　　WILLIAM D. FLETCHER, JR.
　　　　　　　　　　　　　　　　　Bar I.D. No. 362
　　　　　　　　　　　　　　　　　414 South State Street
　　　　　　　　　　　　　　　　　P.O. Box 497
Dated: 12-11-07　　　　　　　　　Dover, DE 19903-0497
WDF/ljo　　　　　　　　　　　　　(302) 674-0140
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff