IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
SAMUEL JAMES FOX, III,              )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     C.A. No. 07-488-GMS
                                    )
TOWN OF SMYRNA, DAVID S.            )
HUGG, III, individually and         )
in his official capacity as         )
Town Manager of the Town of         )
Smyrna and VALERIE HERITAGE,        )
individually and in her             )
official capacity as                )
Administrative Clerk of the         )
Town of Smyrna,                     )
                                    )
            Defendants.             )
```

**NOTICE OF DEPOSITION**

TO:   William D. Fletcher, Jr., Esquire
      Schmittinger & Rodriguez, P.A.
      414 South State Street
      P.O. Box 497
      Dover, DE 19903-0497

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Cathy Fox at the law offices of Schmittinger & Rodriguez, P.A. located at the Christiana Executive Campus, 220 Continental Drive, Suite 220, Newark, DE 19713, on **Wednesday, February 6, 2008, at 2:00 p.m.**

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron
Attorney ID No.: 2315
1500 Shallcross Avenue, Suite 1-A
Wilmington, Delaware 19806
302-427-6987
Attorney for Defendants

Dated: January 23, 2008

cc:   Ambassador Legal

H:\tmw5\data\files\Docs\3651.056\NOD\10094.wpd

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL JAMES FOX, III, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>TOWN OF SMYRNA, DAVID S. )<br>HUGG, III, individually and )<br>in his official capacity as )<br>Town Manager of the Town of )<br>Smyrna and VALERIE HERITAGE, )<br>individually and in her )<br>official capacity as )<br>Administrative Clerk of the )<br>Town of Smyrna, )<br>)<br>        Defendants. ) | C.A. No. 07-488-GMS |

**NOTICE OF SERVICE**

I hereby certify that on this 23rd day of January, 2008, **DEFENDANTS' NOTICE OF DEPOSITION OF CATHY FOX** was electronically filed with the Clerk of the Court using CM/ECF and will be electronically served on plaintiff's attorney listed below:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

                                            **AKIN & HERRON, P.A.**

                                            /s/ Bruce C. Herron
                                            Bruce C. Herron
                                            Attorney ID No.: 2315
                                            1500 Shallcross Avenue, Suite 1-A
                                            Wilmington, Delaware 19806
                                            302-427-6987