**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL JAMES FOX, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-488-GMS |
| | ) |
| TOWN OF SMYRNA, DAVID S. | ) |
| HUGG, III, individually and | ) |
| in his official capacity as | ) |
| Town Manager of the Town of | ) |
| Smyrna and VALERIE HERITAGE, | ) |
| individually and in her | ) |
| official capacity as | ) |
| Administrative Clerk of the | ) |
| Town of Smyrna, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 12th day of February, 2008, a copy of **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were mailed first class to the following party below:

William D. Fletcher, Jr., Esquire
B. Brian Brittingham, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

          **AKIN & HERRON, P.A.**

          /s/ Bruce C. Herron
          Bruce C. Herron
          Attorney I.D. No.: 2315
          1500 Shallcross Avenue, Suite 1-A
          Wilmington, Delaware 19806
          302-427-6987
          Attorney for Defendants