IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-488-GMS |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager of the Town of ) | |
| Smyrna and VALERIE HERITAGE, ) | |
| individually and in her ) | |
| official capacity as ) | |
| Administrative Clerk of the ) | |
| Town of Smyrna, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on this 25th day of February, 2008, a copy of **DEFENDANTS' SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** was mailed first class to the following party below:

William D. Fletcher, Jr., Esquire
B. Brian Brittingham, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

                **AKIN & HERRON, P.A.**

                /s/ Bruce C. Herron
                Bruce C. Herron
                Attorney I.D. No.: 2315
                1500 Shallcross Avenue, Suite 1-A
                Wilmington, Delaware 19806
                302-427-6987
                Attorney for Defendants

H:\tmw5\data\files\Docs\3651.056\NOS\10362.WPD