IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, | * |
| | * |
| Plaintiff, | * |
| | * C.A. No. 07-488 (GMS) |
| v. | * |
| | * |
| TOWN OF SMYRNA, DAVID S. HUGG, | * |
| III, individually and in his official capacity | * |
| as Town Manager of the Town of Smyrna, | * |
| and VALERIE HERITAGE, individually | * |
| and in her official capacity as Administrative | * |
| Clerk of the Town of Smyrna, | * |
| | * |
| Defendants. | * |

## NOTICE OF DEPOSITIONS

TO:   Bruce Herron, Esq.
      Akin & Herron, P.A.
      1220 N. Market Street, Suite 300
      P.O. Box 25047
      Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the following depositions on Tuesday, March 18, 2008 at Smyrna Town Hall, 27 S. Market Street Plaza, Smyrna, Delaware, 19977:

    **9:30 a.m.**    David Hugg, III

    **12:30 p.m.**    Valerie Heritage

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

Dated: 2/26/08
WDF/ljo
cc: Cheryl Anthony

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF DEPOSITIONS

to be served upon:

>Bruce C. Herron, Esq.
>Akin & Herron, P.A.
>1220 N. Market Street, Suite 300
>P.O. Box 25047
>Wilmington, DE 19899

by e-filing and mailing copies to the address shown above, postage prepaid on 2/26/08.

>SCHMITTINGER AND RODRIGUEZ, P.A.
>
>BY: _____
>William D. Fletcher, Jr.
>Bar I.D. No. 362
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497
>(302) 674-0140
>Attorneys for Plaintiff

Dated: 2/26/08
WDF/ljo