## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C.A. No. 07-488 (GMS) |
| v. | * | |
| | * | |
| TOWN OF SMYRNA, DAVID S. HUGG, | * | |
| III, individually and in his official capacity | * | |
| as Town Manager of the Town of Smyrna, | * | |
| and VALERIE HERITAGE, individually | * | |
| and in her official capacity as Administrative | * | |
| Clerk of the Town of Smyrna, | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF DEPOSITIONS

TO:     Bruce Herron, Esq.
        Akin & Herron, P.A.
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the following depositions

on Tuesday, April 1, 2008 at at Smyrna Town Hall, 27 S. Market Street Plaza, Smyrna, Delaware,

19977:

**9:30 a.m.**     James Markow

**11:00 a.m.**    Gary Stuilar

**1:30 p.m.**     Carol McKinney

                        SCHMITTINGER AND RODRIGUEZ, P.A.

                        BY: _____
                            William D. Fletcher, Jr.
                            Bar I.D. No. 362
                            414 S. State Street
                            P.O. Box 497
Dated: 2/26/08              Dover, DE 19903-0497
WDF/ljo                     (302) 674-0140
cc: Cheryl Anthony          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF DEPOSITIONS

to be served upon:

> Bruce C. Herron, Esq.
> Akin & Herron, P.A.
> 1220 N. Market Street, Suite 300
> P.O. Box 25047
> Wilmington, DE 19899

by e-filing and mailing copies to the address shown above, postage prepaid on
2/26/08 .

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

Dated: 2/26/08
WDF/ljo