IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL JAMES FOX, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-488-GMS |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager of the Town of Smyrna and VALERIE HERITAGE, individually and in her official capacity as Administrative Clerk of the Town of Smyrna, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendants move for summary judgment as to all claims on the grounds that there are no issues of material fact and they are entitled to judgment as a matter of law. The grounds for defendants' Motion are further set forth in the accompanying Defendants' Opening Brief in Support of Their Motion for Summary Judgment.

                                      **AKIN & HERRON, P.A.**

                                      <u>/s/ Bruce C. Herron</u>
                                      Bruce C. Herron
                                      Attorney I.D. No.: 2315
                                      1500 Shallcross Avenue
                                      Suite 1-A
                                      Wilmington, DE 19806
                                      (302) 427-6987
                                      Attorney for Defendants

Dated: May 30, 2008

H:\tmw5\data\files\Docs\3651.056\MSJ\11139.wpd