NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

June 9, 2008

The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

**VIA ELECTRONIC FILING**

RE:  <u>Samuel James Fox, III v. Town of Smyrna, et al.</u>
     C.A. No. 07-488 (GMS)

Dear Judge Sleet:

Pursuant to an agreement between the parties, enclosed please find a Stipulation and Order for an extension of time that has been approved by the parties. This request is being made due to other professional commitments and to allow counsel additional time to review the briefs and draft their responses. This is being submitted for your approval. Thank you for your consideration in this matter.

Respectfully Submitted,

NOEL E. PRIMOS

NEP/ljo
Enclosure
cc: Bruce Herron, Esq. (w/ Encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, | * |
| | * |
| Plaintiff, | * |
| | *   C.A. No. 07-488 (GMS) |
| v. | * |
| | * |
| TOWN OF SMYRNA, DAVID S. HUGG, | * |
| III, individually and in his official capacity | * |
| as Town Manager of the Town of Smyrna, | * |
| and VALERIE HERITAGE, individually | * |
| and in her official capacity as Administrative | * |
| Clerk of the Town of Smyrna, | * |
| | * |
| Defendants. | * |

## STIPULATION AND ORDER

Plaintiff Samuel James Fox, III and Defendants Town of Smyrna, David S. Hugg, III and Valerie Heritage, by and through their undersigned counsel, hereby agree and stipulate as follows:

1.  The time within which the Plaintiff may file his answering brief in response to Defendants' Opening Brief is support of Defendants' Motion for Summary Judgment shall be extended to June 30, 2008.

2.  The time within the Defendants may file their reply brief shall be extended to July 15, 2008.

3.  The reason for these requested extensions is the existence of other professional commitments, as well as the need for additional time for Plaintiff's counsel to review Defendants' opening brief and draft their answering brief in order to respond adequately and then for Defendants to do the same.

4.  Plaintiff and Defendants will file their answering and reply briefs in accordance

with D. Del. Local Rule 7.1.2(a).

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A. | AKIN AND HERRON, P.A. |
| BY:/s/ *WILLIAM D. FLETCHER, JR.* <br>     WILLIAM D. FLETCHER, JR. <br>     Bar I.D. No. 362 | BY:/s/ *BRUCE C. HERRON* <br>     BRUCE C. HERRON <br>     Bar I.D. No. 2315 <br>     1500 Shallcross Avenue |
| BY:/s/ *NOEL E. PRIMOS* <br>     NOEL E. PRIMOS <br>     Bar I.D. No. 3124 | Suite 1-A <br> Wilmington, DE 19806 <br> (302) 427-6987 <br> Attorneys for Defendants |
| BY:/s/ *B. BRIAN BRITTINGHAM* <br>     B. BRIAN BRITTINGHAM <br>     Bar I.D. No 4966 <br>     414 South State Street <br>     P.O. Box 497 <br>     Dover, DE 19903 <br>     (302) 674-0140 <br>     Attorneys for Plaintiff | |

DATED:
WDF/NEP/BBB/ljo


       SO ORDERED this _____ day of _____, 2008.


                                                         _____
                                                         The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## STIPULATION AND ORDER

to be served upon:

    Bruce C. Herron, Esq.
    Akin & Herron, P.A.
    1500 Shallcross Avenue
    Suite 1-A
    Wilmington, DE 19806

by e-filing and mailing copies to the address shown above, postage prepaid on *June 9, 2008*.

                        SCHMITTINGER & RODRIGUEZ, P.A.

                        BY: /s/ NOEL E. PRIMOS
                              NOEL E. PRIMOS
                              Bar I.D. No. 3124
                              414 S. State Street
                              P.O. Box 497
                              Dover, DE 19903-0497
                              (302) 674-0140
                              Attorneys for Plaintiff

DATED: 6-9-08
NEP/ljo