# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

ANN MARIE JOHNSON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 19, 2008

Chief Judge Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

RE: Samuel J. Fox, III v. Town of Smyrna, et al.
C.A. No. 07-488 (GMS)

Dear Judge Sleet:

Counsel spoke with Judge Thynge's chambers last week. We were informed that a Mediation Conference could not be scheduled before January, 2009.

Trial is currently scheduled for December 8, 2008. In the event Defendants' pending Motion for Summary Judgment does not resolve the case, counsel believes mediation could assist the parties. Counsel for plaintiff and defendants therefore jointly request a brief continuance of the trial date which would allow a mediation in January, 2009.

Respectfully,

Bruce C. Herron
Attorney for Defendants

BCH:tad
cc: William D. Fletcher, Jr., Esquire (via electronic filing)
    Noel E. Primos, Esquire (via electronic filing)

H:\tmw5\data\files\Docs\3651.056\CORR\11416.wpd