## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL JAMES FOX, III, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-488-GMS |
| TOWN OF SMYRNA, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **14th** day of **July, 2008.**

IT IS ORDERED that the mediation scheduled for Monday, October 6, 2008 shall begin at **10:30 a.m.**, instead of 10:00 a.m.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE