# AKIN & HERRON, P.A.

ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

———————

ANN MARIE JOHNSON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

July 18, 2008

**VIA ELECTRONIC FILING**
Honorable Mary Patricia Thynge
U.S. Magistrate
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    RE:  **Samuel J. Fox, III v. Town of Smyrna, et al.**
           **C.A. No. 07-488 (GMS)**
           **Mediation Date: October 6, 2008**

Dear Judge Thynge:

    Pursuant to Paragraph 2 of the Order governing Mediation (D.I. 36) defendants requests modification of the requirement that all decision makers participate at the Mediation Conference through in person attendance. Specifically, defendants requests that the Court allow Brenda Miller of Scottsdale Insurance Company, the Town's insurer, to participate in the mediation by telephone. Ms. Miller is located in Arizona. I have discussed this matter with plaintiff's counsel (Mr. Primos) and he has no objection to the request.

                                  Respectfully,

                                  Bruce C. Herron
                                  Attorney for Defendants

BCH:tad
cc:  William D. Fletcher, Jr., Esquire (via electronic filing)
       Noel E. Primos, Esquire (via electronic filing)