LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.

414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

July 21, 2008

Honorable Mary Pat Thynge
District of Delaware Courthouse
844 North King Street
Room 4209
Wilmington, DE 19801

**VIA E-FILING**

RE:   Samuel James Fox, III v. Town of Smyrna, et al.
      C.A. No. 07-488 (GMS)

Dear Judge Thynge:

This is merely a confirmation that, as represented by Bruce Herron, we have no objections to his request in his letter of July 18, 2008.

Very truly yours,

WILLIAM D. FLETCHER, JR.

WDF/ljo

cc: Bruce Herron, Esq. *via E-Filing*